

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-19-00196-CV

**IN THE GUARDIANSHIP** of James E. **FAIRLEY**,

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2011-PC-1068
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

Appellant has filed a "Request that the Court Take Judicial Notice of the Undisputed Facts and the Law." To the extent that appellant requests this court to take judicial notice that the Honorable Polly Jackson Spencer signed the 1994 administrative order regarding service of citation in probate courts, we GRANT the motion. However, to the extent that appellant argues the Judge Spencer's order in the underlying case is void because she is disqualified on constitutional grounds, the motion is DENIED.

Entered on this 11th day of March, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

